# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SERRATO,<br><br>        Petitioner,<br><br>        v.<br><br>DERRAL ADAMS, Warden,<br><br>        Respondent. | CASE NO. 2:16-cv-03923-ODW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Untimely, **IT IS ADJUDGED** that the First Amended Petition for writ of habeas corpus and this action are hereby DISMISSED with prejudice.

DATED:   May 30, 2017

                                      HON. OTIS D. WRIGHT II
                                      U.S. DISTRICT JUDGE